# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Nimrah Construction Company | ) ASBCA No. 60894 |
| | ) |
| Under Contract No. W91B4M-09-C-7174 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Abdul Basir
    President

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Christopher C. Cross, JA
    Trial Attorney

## ORDER OF DISMISSAL

By Order dated 23 November 2016, the Board directed the government to provide appellant with the contact information for the cognizant contracting officer. By email dated 23 November 2016, appellant confirmed that it wished to receive that information so that it could file its claim with the contracting officer. The government provided that contact information to appellant by email dated 7 December 2016. By Order dated 9 December 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.

Dated: 6 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60894, Appeal of Nimrah Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2